ORIGINAL

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | (DL 3584) |

-------------------------------------X    GLEESON, J

IN RE: Request from Liechtenstein
Pursuant to the Treaty
Between the United States
of America and the Principality
of Liechtenstein on Mutual Legal
Assistance in Criminal Matters
in the Matter of ILAN MIKA ARBEL and
ALAN BERKUN, ESQ.

-------------------------------------X

MISC. NO.



MISC. 04   161

## ORDER

Upon application of the United States, and upon review of the request from Liechtenstein seeking evidence under the Mutual Legal Assistance Treaty with the Principality of Liechtenstein, and the Court having fully considered this matter,

IT IS HEREBY ORDERED, pursuant to the authority conferred by the <u>Treaty Between the United States of America and the Principality of Liechtenstein on Mutual Legal Assistance in Criminal Matters</u>, 41 I.L.M. 1480, as well as 28 U.S.C. § 1782 and this Court's inherent authority, that Special Assistant United States Attorney Douglas A. Leff is hereby appointed as a Commissioner of this Court and is hereby directed to execute the Treaty request as follows:

    1.    Take such steps as are necessary, including issuance of commissioner's subpoenas to be served on persons within the jurisdiction of this Court, to collect the evidence requested.

2. Provide notice with respect to the collection of evidence to those persons identified in the request as parties to whom notice should be given.

3. Adopt procedures to collect the evidence requested, consistent with its use in the investigation or proceeding for which Liechtenstein has requested assistance, which procedures may be specified in the request or provided by or with the approval of the Liechtenstein Central Authority under the Treaty.

4. Seek such further orders of this Court as may be necessary to execute this request.

5. Certify and submit the evidence collected to the Office of International Affairs, Criminal Division, United States Department of Justice, or as otherwise directed by that office for transmission to Liechtenstein.

IT IS FURTHER ORDERED that, in collecting the evidence requested, the Commissioner may be accompanied by persons whose presence or participation is authorized by the Commissioner,

including, without limitation, Special Agents of the Federal Bureau of Investigation and Internal Revenue Service and/or representatives of Liechtenstein.

Dated: Brooklyn, New York
June 30, 2004

HONORABLE JOHN GLEESON
UNITED STATES DISTRICT JUDGE